UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS   WESTERN DIVISION
-----------------------------------------------------------------

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH AND WELFARE FUND AND JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND by William Sullivan and David Cardimino, as Trustees; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, by William Sullivan and David Cardimino, as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as Business Manager,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NITA, INC.,<br><br>                    Defendant. | Civil Action No<br>04-30212 KPN |

-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I, CHARLES E. BLITMAN, an attorney at law and a partner of the law firm of Blitman & King LLP, attorneys for the plaintiffs in the above-entitled action, hereby certify that on the 5th day of November 2004, I served a copy of the Summons and Complaint upon the United States Secretary of Labor and the United States Secretary of the Treasury, by depositing true copies of the same in the United States mail, postpaid, and addressed to them at their last known address, to wit:

Honorable Elaine L. Chao
Secretary of Labor
United States Department of Labor
Room S-2018
200 Constitution Avenue, N.W.
Washington, D.C. 20210

Honorable John W. Snow
Secretary of the Treasury
United States Treasury Department
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20224

Dated: November 5, 2004

BLITMAN & KING LLP

By: *Charles E. Blitman*
Charles E. Blitman, of Counsel
Bar Roll No. 653148
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-1415
Telephone: (315) 422-7111
Facsimile: (315) 471-2623

jlrkcd\kah\98\Nita-COS