# United States District Court

### DISTRICT OF MASSACHUSETTS

INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 98 ANNUITY FUND,
PENSION FUND, HEALTH AND WELFARE
FUND AND JOINT TRAINING, RETRAINING,
SKILL IMPROVEMENT, SAFETY EDUCATION,
APPRENTICESHIP AND TRAINING FUND
by William Sullivan and David Cardimino,
as Trustees, et al.,

Plaintiffs,

V.

NITA, INC.,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30212-MFN

TO: (Name and address of defendant)

    NITA, INC.
    143 Shaker Road
    East Longmeadow, Massachusetts 01028-0370

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    BLITMAN & KING LLP
    FRANKLIN CENTER, SUITE 300
    443 NORTH FRANKLIN STREET
    SYRACUSE, NEW YORK 13204-1415

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

November 1, 2004
DATE

(BY) DEPUTY CLERK



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

December 16, 2004

I hereby certify and return that on 12/15/2004 at 12:15 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to BERNARD MOULTRIE, PRESIDENT, person in charge at the time of service for NITA INC. SERVICE MADE AT THE HAMPDEN COUNTY SHERIFFS OFFICE, 1170 MAIN Street, SPRINGFIELD, MA 01103.Conveyance ($1.50), Travel ($3.20), Basic Service Fee ($30.00), Mailing ($1.00), Attestation X 1 ($5.00) Total Charges $40.70

Deputy Sheriff  DANIEL D. LARROW

_____
*Deputy Sheriff*