UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

INTERNATIONAL UNION OF OPERATING ENGINEERS )
LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH )
AND WELFARE FUND AND JOINT TRAINING, )
RETRAINING, SKILL IMPROVEMENT, SAFETY )
EDUCATION, APPRENTICESHIP AND TRAINING FUND )
by William Sullivan and David Cardimino, as Trustees; )
INTERNATIONAL UNION OF OPERATING ENGINEERS )
LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, )
by William Sullivan and David Cardimino, as Trustees; CENTRAL )
PENSION FUND OF THE INTERNATIONAL UNION OF )
OPERATING ENGINEERS AND PARTICIPATING )
EMPLOYERS, by Michael R. Fanning, as Chief Executive )
Officer; and INTERNATIONAL UNION OF OPERATING )
ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as )
Business Manager, )
  )
                           Plaintiffs, )
  )
v. )   Civil Action No.
  )   04-30212-KPN
  )
NITA, INC., )
  )
                          Defendant. )

**REQUEST TO ENTER DEFAULT**

---

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS WESTERN DIVISION:**

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure, you will please enter the default of defendant Nita, Inc., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as appears from the

attached Affidavit of Charles E. Blitman, Esq., sworn to the 22nd day of March 2005.

DATED: March 22, 2005

> BLITMAN & KING, LLP
>
> By: *Charles E. Blitman*
> Charles E. Blitman, of Counsel
> Bar Roll No. 653148
> Attorneys for Plaintiffs
>
> Office and Post Office Address:
> Franklin Center, Suite 300
> 443 North Franklin Street
> Syracuse, New York 13204-1415
> Telephone: 315.422.7111
> Facsimile: 315.471.2623

coll:legal\IUOE98-NITA-CEB-RED