FILED
CLERK'S OFFICE
2005 MAR 28  P 1: 36
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

INTERNATIONAL UNION OF OPERATING ENGINEERS )
LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH )
AND WELFARE FUND AND JOINT TRAINING, )
RETRAINING, SKILL IMPROVEMENT, SAFETY )
EDUCATION, APPRENTICESHIP AND TRAINING FUND )
by William Sullivan and David Cardimino, as Trustees; )   **AFFIDAVIT TO**
INTERNATIONAL UNION OF OPERATING ENGINEERS )   **ENTER DEFAULT**
LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, )
by William Sullivan and David Cardimino, as Trustees; CENTRAL )
PENSION FUND OF THE INTERNATIONAL UNION OF )
OPERATING ENGINEERS AND PARTICIPATING )
EMPLOYERS, by Michael R. Fanning, as Chief Executive )
Officer; and INTERNATIONAL UNION OF OPERATING )
ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as )
Business Manager, )
 )
         Plaintiffs, )
 )
  v. )   Civil Action No.
 )   04-30212-KPN
 )
NITA, INC., )
 )
         Defendant. )

---

STATE OF NEW YORK )
COUNTY OF ONONDAGA ) ss.:

  CHARLES E. BLITMAN, being duly sworn, deposes and says:

  1. I am a member of the law firm of Blitman & King, LLP, attorneys for the plaintiffs in the above-entitled action, and I submit this affidavit in support of the plaintiffs' request for entry of default against defendant Nita, Inc.

  2. The action was commenced on November 1, 2004, by filing a Summons and Complaint with the United States District Court for the District of Massachusetts.

3. On December 15, 2004, the Summons and Complaint was served upon defendant Nita, Inc., by personally delivering a copy of the same to Bernard Moultrie, as President of the Corporation, as indicated by the Affidavit of Service which was filed with the Court. [A copy of said Affidavit of Service is attached hereto as Exhibit "A"].

4. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, defendant was required to answer the Summons and Complaint within twenty (20) days after service thereof. The time within which defendant Nita Inc., could answer or otherwise move as to the Complaint expired on January 5, 2005.

5. Defendant has not answered the Complaint or otherwise moved with respect thereto and the time for the defendant to answer or otherwise move has not been extended.

**WHEREFORE**, deponent requests that the Clerk of the Court enter default against defendant in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

_____
CHARLES E. BLITMAN

Sworn to before me this
22nd day of March, 2005.

_____
Notary Public

ROSANNE C. CANESTRARE
NOTARY PUBLIC, STATE OF NEW YORK
Qualified in Onondaga County No. 4778058
My Commission Expires Sept. 30, 2006



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

December 16, 2004

I hereby certify and return that on 12/15/2004 at 12:15 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to BERNARD MOULTRIE, PRESIDENT, person in charge at the time of service for NITA INC. SERVICE MADE AT THE HAMPDEN COUNTY SHERIFFS OFFICE, 1170 MAIN Street, SPRINGFIELD, MA 01103.Conveyance ($1.50), Travel ($3.20), Basic Service Fee ($30.00), Mailing ($1.00), Attestation X 1 ($5.00) Total Charges $40.70

Deputy Sheriff  DANIEL D. LARROW

*Deputy Sheriff*