# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH,
AND WELFARE FUND, ET AL**
                              **Plaintiff**

                                                        **CA  04-30212-KPN**

            **V.**

**NITA, INC.**
                    **Defendant**

## NOTICE OF DEFAULT

      Upon application of the Plaintiff, **LOCAL 98**  ,  an order of Default for failure of the Defendant, **NITA, INC..** , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **30TH**  day of **MARCH,  2005** .

                                        **SARAH A. THORNTON
                                        CLERK OF COURT**

                              **By:     /s/ Mary Finn
                                        Deputy Clerk**

**Notice mailed to:  Counsel for Plaintiff
                          And Defendant**

Default Notice.wpd - 2/2000)                                              [ntcdflt.]