UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL UNION OF )<br>OPERATING ENGINEERS LOCAL 98 )<br>ANNUITY FUND, PENSION FUND, )<br>HEALTH AND WELFARE FUND AND )<br>JOINT TRAINING, RETRAINING, )<br>SKILL IMPROVEMENT, SAFETY )<br>EDUATION APPRENTICESHIP AND )<br>TRAINING, et al., )<br>                Plaintiffs )<br>                 )<br>    v. )<br>                )<br>NITA, INC., )<br>                Defendant ) | Civil Action No. 004-30212-KPN |

ORDER
August 17, 2005

      Plaintiff filed a complaint in the U.S. District Court on September 14, 2004. A return of service was filed on December 27, 2004. The court allowed Plaintiffs' [4] Motion for Entry of Default, and issued a Notice of Default on March 30, 2005.

      Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on September 7, 2005. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge

                         By:    /s/ Bethaney A. Healy
                                Bethaney A. Healy
                                Deputy Clerk