UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

--------------------------------------------------------------------------------

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS )<br>LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH )<br>AND WELFARE FUND AND JOINT TRAINING, )<br>RETRAINING, SKILL IMPROVEMENT, SAFETY )<br>EDUCATION, APPRENTICESHIP AND TRAINING FUND )<br>by William Sullivan and David Cardimino, as Trustees; )<br>INTERNATIONAL UNION OF OPERATING ENGINEERS )<br>LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, )<br>by William Sullivan and David Cardimino, as Trustees; CENTRAL)<br>PENSION FUND OF THE INTERNATIONAL UNION OF )<br>OPERATING ENGINEERS AND PARTICIPATING )<br>EMPLOYERS, by Michael R. Fanning, as Chief Executive )<br>Officer; and INTERNATIONAL UNION OF OPERATING )<br>ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as )<br>Business Manager, )<br> )<br>                    Plaintiffs, )<br> )<br>          v. )<br> )<br> )<br>NITA, INC., )<br> )<br>                    Defendant. ) | **CERTIFICATE<br>OF<br>STATUS**<br><br><br><br><br><br>Civil Action No.<br>04-30212-KPN |

--------------------------------------------------------------------------------

STATE OF NEW YORK      )
COUNTY OF ONONDAGA )  ss.:

     CHARLES E. BLITMAN, being duly sworn, deposes and says:

    1.    I am a member of the law firm of Blitman & King, LLP, attorneys for the

plaintiffs in the above-entitled action, and I submit this Affidavit pursuant to United States

District Court for the District of Massachusetts Local Rule 41.1(b)(1) and the Court's Order

of August 17, 2005, thereto requiring Plaintiffs' averment that good cause exists for the Court

to retain Civil Action No. 04-30212-KPN [hereinafter, "Action"] on the Court's docket.

2.      This Action was commenced by Plaintiffs on November 1, 2004, by filing a

Summons and Complaint with the United States District Court for the District of

Massachusetts.

3.      On December 15, 2004, the Summons and Complaint were served upon

Defendant, Nita, Inc., by personally delivering a copy of the same to Bernard Moultrie, as

President of the Corporation, as indicated by the Affidavit of Service that was filed with the

Court, with a Return of Service having been filed on December 27, 2004.

4.      On March 30, 2005, the Court entered Default against Defendant due to its

failure to answer the Complaint or otherwise move with respect thereto.

5.      This Action seeks to collect, *inter alia*, fringe benefit contributions,

deductions, interest, liquidated damages, and attorneys' fees and costs due and owing

Plaintiffs under the terms of collective bargaining agreements.  It also seeks an audit of

Defendant's records for the period of January 2002 to date in order to determine and assess

the scope of Defendant's debt to Plaintiffs.

6.      Efforts to resolve this matter and avoid the necessity of further proceedings

have been unsuccessful.  Defendant has ignored Plaintiffs' monthly requests for payroll

remittance reports and delinquent payments.  Defendant has also ignored an auditor's repeated

attempts to confirm the date of an audit of Defendant's books and records that was previously

scheduled by the auditor with Defendant upon Plaintiffs' request.  Defendant has and

continues to refuse to pay the foregoing contributions, deductions, interest, liquidated

damages, and attorneys' fees and costs due and owing Plaintiffs.

7.      Plaintiffs intend to proceed with this Action by filing a Motion for Default

Judgment against Defendant for the amount of debt known to be outstanding.  I aver that this Action is necessary in order for Plaintiffs to obtain an audit of Defendant's books and records and to recover the debt owed them by Defendant.

**WHEREFORE**, Plaintiffs respectfully submit that good cause exists for this Court to maintain this Action and not dismiss for want of prosecution.

_____
CHARLES E. BLITMAN

Sworn to before me this
6th day of September, 2005.


_____
Notary Public

WENDY L. RICHARDSON
Notary Public, State of New York
Qualified in Onon. Co. No. 4665248
Comm. Exp.  8/31/06