**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH AND WELFARE FUND AND JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND by William Sullivan and David Cardimino, as Trustees; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, by William Sullivan and David Cardimino, as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as Business Manager, | |
| Plaintiffs, | **NOTICE OF MOTION FOR DEFAULT JUDGMENT** |
| v. | Civil Action No. 04-30212-KPN |
| NITA INC., | |
| Defendant. | |

---

**PLEASE TAKE NOTICE**, that upon the attached Affidavit of Charles E. Blitman, sworn to the 28th day of September, 2005, the Certificate of Entry of Default, the Complaint, and upon all papers and proceedings heretofore had herein, an application will be made to the Court at a motion term thereof to be held at the United States Court House, Springfield, Massachusetts, on the ____ day of _____, 2005, at _____ o'clock in the forenoon of the day or as soon thereafter as counsel can be heard for the following relief: (1) entry of a default judgment, pursuant to Rule 54 and Rule 55(b)(2) of the Federal Rules of Civil Procedure, in favor of plaintiffs and against the defendant, NITA Inc., in the amount of $27,145.88, plus interest thereon at the rate provided for by 28 U.S.C. §1961(a), together with the costs

and disbursements of this proceeding; (2) entry of an Order compelling defendant to produce its books and records for the period January 2002 to date for plaintiffs' review and audit, to pay the cost and expense of such audit, and to pay all attorneys' and paralegal fees and costs incurred in obtaining that audit; (3) entry of an Order retaining jurisdiction of the action pursuant to Rule 54 of the Federal Rules of Civil Procedure and authorizing plaintiffs to seek judgment in favor of the plaintiffs and against the defendant, NITA Inc., for any and all additional contributions and deductions that are determined to be due as a result of the audit, plus the applicable interest thereon, liquidated damages, costs and expenses of collection, audit fees and attorneys' fees and paralegal fees.

DATED: September 28, 2005

BLITMAN & KING, LLP

By: *Charles E. Blitman*
Charles E. Blitman, of Counsel
Bar Roll No. 653148
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204-5426
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: ceblitman@bklawyers.com

TO: NITA Inc.
   Attention: Bernard Moultrie, President
   143 Shaker Road
   East Longmeadow, Massachusetts 01018-0370
   Telephone: (413) 525-9096

H:\coll\Legal\IUOE98-NITA-NOM.doc