EXHIBIT "F"

INTERNATIONAL UNION OF OPERATING ENGINEERS
LOCAL 98
PENSION, ANNUITY, HEALTH & WELFARE AND TRAINING FUNDS

COLLECTIONS POLICY

The Board of Trustees of the International Union of Operating Engineers Local 98 Pension Fund, the Board of Trustees of the International Union of Operating Engineers Local 98 Health and Welfare Fund, the Board of Trustees of the International Union of Operating Engineers Local 98 Annuity Fund, and the Board of Trustees of the International Union of Operating Engineers Local 98 Training Fund (hereinafter referred to as the "Trustees") have a duty under the applicable provisions of the Employee Retirement Income Security Act of 1974, as amended (hereinafter referred to as "ERISA") to make all reasonable efforts to collect all Employer contributions, including interest and liquidated damages thereon, owed to the International Union of Operating Engineers Local 98 Pension, Annuity, Health and Welfare and Training Funds (hereinafter referred to as "Funds"); and

Pursuant to various collective bargaining agreements with employers and multi-employer associations (hereinafter referred to as "Employers"), and Local Union 98 of the International Union of Operating Engineers (hereinafter referred to as the "Union"), employers are required to make prompt payments of the contributions owed to the Funds and are bound by the Restated Agreements and Declarations of Trust of the Funds (hereinafter

referred to as the "Trust Agreements"); and

The Funds' Trust Agreements empower the Trustees to demand, collect and receive Employer payments and all other money and property to which the Trustees may be entitled, and to take such steps including the institution and prosecution of, or the intervention in any proceeding at law, or in equity, or in bankruptcy, as may be necessary or desirable, in their sole discretion, to effectuate the collection of such Employer contributions; and

Section 515 of ERISA requires every Employer who is obligated to make contributions to the Funds to make such contributions in accordance with the terms and conditions of the International Union of Operating Engineers Local 98 Pension Plan, the International Union of Operating Engineers Local 98 Health and Welfare Plan, the International Union of Operating Engineers Local 98 Annuity Plan and the International Union of Operating Engineers Local 98 Training Plan (hereinafter referred to as the "Plans"); and

It is deemed desirable by the Trustees to formulate a written policy to be applied uniformly to the collection of Employer contributions, containing certain terms and conditions governing the payment of Employer contributions to the Funds;

It is resolved that the Trustees hereby adopt a Collections Policy as follows;

Section 1.  <u>Payment of Contributions; Late Payments</u>.

(a)  All payments to the Funds must be received on or before the tenth (10th) day of the month following the month during which the hours, for which contributions are required, are worked.

(b)  If no payment has been received by the Funds on or before the thirtieth (30th) day of the month following the month during which hours are worked and for which contributions are required, the Employer shall be assessed interest on the amount of delinquent contributions at the rate of one and one-half percent (1-1/2%) per month from the date the monies were due (the tenth (10th) day of the month), liquidated damages of twenty percent (20%) of the delinquent contributions, auditing fees, and any attorney's and paralegal fees and other costs.

(c)  If no payment has been received by the Funds on or before the ninetieth (90th) day of the month following the month during which the hours are worked and for which contributions are required, collection proceedings shall be commenced by Funds' Counsel seeking the monies set forth in (b) above, unless counsel is advised by the Funds that the delinquent contributions were received by the ninetieth (90th) day of the month.

(d)  If the Funds' Counsel performs legal services, which may include (but are not limited to) the preparation for and/or the commencement of legal or agency proceedings against the Employer, to recover the amounts owed to the Funds pursuant to

3

this section, the Employer shall reimburse the Funds for all attorneys' fees and paralegal fees, court costs, disbursements, auditing fees and expenses incurred by the Funds in attempting to collect and in collecting the Funds' monies.

(e)   In the event the Funds do not commence a lawsuit or other proceedings to collect delinquent fringe benefit contributions, in the event a lawsuit (or other proceedings) is settled prior to a judgment or resolution being obtained by the Funds, or in the event the delinquent contributions are paid either prior to commencement of the lawsuit or proceedings or prior to judgment or other resolution, the Funds are still entitled to collect, and the delinquent employer is still obligated to pay, the interest, liquidated damages, costs, auditing fees and attorneys' fees set forth in this Policy.

Section 2.   <u>Audit of Payroll Records</u>.

The Trustees may at any time check and examine the payroll records of any Employer at any reasonable time at no charge to the Employer.  If it is found by the Trustees, however, that the Employer has violated its obligations under the rules, regulations and/or Trust Agreements of the Funds including, but not limited to, its obligation to timely remit fringe benefit contributions to the Funds, then the Employer shall reimburse the Funds for all auditing charges for examining the Employer's books.

If it is necessary for the Funds' Counsel to perform legal

4

services for any reason, including the commencement of a lawsuit or other proceedings, to obtain the audit and to compel the Employer's production of its payroll records, then in that event, the Employer shall be liable for all auditing fees, attorneys' and paralegal fees, court costs, disbursements and expenses incurred by the Funds in enforcing the Funds' right to audit and/or examine the Employer's books, regardless of whether the Employer is delinquent in payment of contributions or in violation of any of its other obligations under the rules, regulations and/or Trust Agreements of the Funds.

Section 3.  Effect of This Collections Policy.

This Collections Policy constitutes a rule of the Funds.  To the extent this Collections Policy conflicts with the terms and provisions of the Funds' Trust Agreements or the Collective Bargaining Agreement, the terms and provisions of this Collections Policy shall govern.

IN WITNESS WHEREOF, the Board of Trustees of the International Union of Operating Engineers Local 98 Pension Fund, the Board of Trustees of the International Union of Operating Engineers Local 98 Health and Welfare Fund, the Board of Trustees of the International Union of Operating Engineers Local 98 Annuity Fund, and the Board of Trustees of the International Union of Operating Engineers Local 98 Training Fund have executed

5

this Collections Policy, effective the _1st_ day of

_DECEMBER_ , 1999.

INTERNATIONAL UNION OF OPERATING
ENGINEERS LOCAL 98 PENSION,
ANNUITY, HEALTH AND WELFARE AND
TRAINING FUNDS

DATED: _11 - 10 - 99_

UNION TRUSTEE

DATED: _11 - 10 - 99_

EMPLOYER TRUSTEE

RMJ\JAC\99COLLPOLAGT.DOC

6

EXHIBIT "G"

From: 413 525 7553     Page: 5/6     Date: 10/1/2003 11:04:30 AM



# INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 98
## HEALTH & WELFARE, PENSION AND APPRENTICESHIP TRAINING FUNDS
### TWO CENTER SQUARE — P.O. BOX 217     EAST LONGMEADOW, MASSACHUSETTS 01028-0217
**Telephone (413) 525-4221**

Rate type:     1

> **No Carbon Paper Required**
> **Please return white copies to Trust Funds Office**

| | |
|---|---|
| Employer # | 7181 |
| Name | NITA INCORPORATED |
| Address | P.O. BOX 370 |
| Zip Code | E. LONGMEADOW     MA     01028 |

Fed. I.D. #     043230453

Report for month of ~~APRIL~~ SEPT     ~~2002~~ 19

If more forms are needed, check here ☐

If this is your final report, check here ☐

JOB LOCATION _____

Please list employees in alphabetical order  No carbon paper required!

| SOCIAL SECURITY NO | NAME (Last name first) | Local No. | Total Payroll Hours | Gross Wages | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| | | | | | Union Dues | S A F |
| 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 | MANLEY JAMES | 98 | 163·50 | | | |
| 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 | ROBINSON EARL | 98 | 165·50 | | | |
| | | | 329 | | | |

| | | | |
|---|---|---|---|
| ...alth and Welfare @ ~~4.5~~ ~~3.75~~ / | $ | 1316·00 | |
| ...nsion Fund @ | 1.60 | / $ | 526·40 |
| ...ning Fund @ | 0.30 | / $ | 98·70 |
| | 2.5% of | | |
| ...n Dues @ gross wages ✓ | $ | 255·46 | |
| ...nna Pension Fund @ | 0.30 | / $ | 98·70 |
| ...al Action Fund @ | 0.10 | / $ | 32·90 |
| ...ty Fund @ | 2.35 | /$ | 773·15 |
| | 1.0% of | | |
| ...pp Trust @ gross wages | / $ | 82·25 | |
| | .25 HR. | | |
| ...stments @ | $ | | |
| ...l Amount Due | $ | 3,183·56 | |

Total Number of Employees     2

Total Hours Reported     329 ✓

Total Gross Wages     10,218·74

Report and payment is due by the 10th day of month, covering payroll periods in the previous month

Interest of 1·1/2% per month may be added to all accounts not paid when due

Make ONE check Payable to:
LOCAL 98 TRUST FUNDS

Date _____  Prepared by _____

This fax was received by GFI FAXmaker fax server. For more information, visit: http://www.gfi.com

From: 413 525 7553    Page: 6/6    Date: 10/1/2003 11:04:30 AM



**INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 98**
**HEALTH & WELFARE, PENSION AND APPRENTICESHIP TRAINING FUNDS**
TWO CENTER SQUARE — P.O. BOX 217    EAST LONGMEADOW, MASSACHUSETTS 01028-0217
Telephone (413) 525-4221

> **No Carbon Paper Required**
> **Please return white copies to Trust Funds Office**

| | | |
|---|---|---|
| Rate type: | 1 | |
| Employer # | 7181 | Fed. I.D. # 043230453 |
| Name | NITA INCORPORATED | |
| Address | P.O. BOX 370 | |
| Zip Code | E. LONGMEADOW    MA    01028 | |

Report for month of OCT.    2002

If more forms are needed, check here ☐

If this is your final report, check here ☐

JOB LOCATION

Please list employees in alphabetical order. No carbon paper required.

| SOCIAL SECURITY NO. | NAME (Last name first) | Local No | Total Payroll Hours | Gross Wages | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| | | | | | Union Dues | S.A.F. |
| 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 | MANLEY JAMES | 98 | 210·50 | | | |
| 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 | ROBINSON EARL | 98 | 177 | | | |
| | | | 387.5 | | | |

| | | | |
|---|---|---|---|
| Health and Welfare @ 4.00 3.75 | $ 1,550.00 ✓ | Total Number of Employees | 2 |
| Pension Fund @ 1.60 | $ 620.00 ✓ | Total Hours Reported | 387·50 |
| Training Fund @ 0.30 | $ 116·25 ✓ | Total Gross Wages | 12,035 75 |
| Union Dues @ 2.5% of gross wages | $ 300·89 ✓ | | |
| Central Pension Fund @ 0.30 | $ 116·25 ✓ | Report and payment is due by the 10th day of month, covering payroll periods in the previous month. | |
| Social Action Fund @ 0.10 | $ 38·75 ✓ | | |
| Annuity Fund @ 2.35 | $ 910·62 ✓ | Interest of 1-1/2% per month may be added to all accounts not paid when due | |
| Coop Trust @ 1.0% of gross wages .25 HR | $ 96·87 ✓ | | |
| Adjustments @ | $ | Make ONE check Payable to: LOCAL 98 TRUST FUNDS | |
| Total Amount Due | $ 3,749·63 | Date _____    Prepared by _____ | |

From: 413 525 7553    413 525 7553    Page: 2/10    Date: 3/21/2005 4:27:35 PM
03/15/2005 10:36 FAX 413 525 7553    IUOE LOCAL 98    ☎001



# INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 98
## HEALTH & WELFARE, PENSION AND APPRENTICESHIP TRAINING FUNDS

TWO CENTER SQUARE — P.O. BOX 217    EAST LONGMEADOW, MASSACHUSETTS 01028-0217
Telephone (413) 525-4221

No Carbon Paper Required
Please return white copies to Trust Fund Office

| | | |
|---|---|---|
| Employer # 7181 | Fed. I.D. # 043290453 | Report for month of April, 2003 |
| Name Nici Incorporated | | If more forms are needed, check here ☐ |
| Address P.O. Box 376 | | If this is your final report, check here ☐ |
| Zip Code E. Longmeadow, MA  01028 | | JOB LOCATION _____ |

Please list employees in alphabetical order. No carbon paper required!

| SOCIAL SECURITY NO. | NAME (Last name first) | Local No. | Total Payroll Hours | Gross Wages | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| | | | | | Union Dues | S A F |
| 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 | Robinson Earl | 98 | 37 | 969.13 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| Health and Welfare @ 4.00 hr ✓ | $ 148.00 ✓ | |
| Pension Fund @ 1.70 hr ✓ | $ 62.90 ✓ | |
| Training Fund @ .30 hr ✓ | $ 11.10 ✓ | |
| Union Dues @ 2.5% of Gross ✓ | $ 24.22 ✓ | Total Number of Employees  1 |
| Central Pension Fund @ .30 hr ✓ | $ 11.10 ✓ | Total Hours Reported  37 |
| Social Action Fund @ .10 hr ✓ | $ 3.70 ✓ | Total Gross Wages  969.13 ✓ |
| Annuity Fund @ 2.35 hr ✓ | $ 86.95 ✓ | Report and payment is due by the 10th day of month, covering payroll periods in the previous month. |
| Co-op Trust @ .25 hr ✓ | $ 9.25 | |
| Int'l Training Fund @ | $_____ | Interest of 1-1/2% per month may be added to all accounts not paid when due. |
| Int'l LMCT @ | $_____ | |
| EC @ | $_____ | Make ONE check Payable to: LOCAL 98 TRUST FUNDS |
| Adjustments @ | $_____ | |
| Total Amount Due | $ 357.22 | Date 3-15-05 Prepared by Bo _____ |

This fax was received on the Blitman & King LLP fax server.

From: 413 525 7553    413 525 7553    Page: 3/10    Date: 3/21/2005 4:27:35 PM
03/15/2005 10:37 FAX 413 525 7553    IUOE LOCAL 98    @002



# INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 98
## HEALTH & WELFARE, PENSION AND APPRENTICESHIP TRAINING FUNDS
TWO CENTER SQUARE — P.O. BOX 217    EAST LONGMEADOW, MASSACHUSETTS 01028-0217
Telephone (413) 525-4221

No Carbon Paper Required
Please return white copies to Trust Fund Office

| Employer # 7181 | Fed. I.D. # 043230453 | Report for month of **May 2003** |
| Name  Nita Incorporated | | If more forms are needed, check here ☐ |
| Address  P.O. Box 378 | | If this is your final report, check here ☐ |
| Zip Code  E. Longmeadow, MA  01028 | | JOB LOCATION _____ |

Please list employees in alphabetical order. No carbon paper required!

| SOCIAL SECURITY NO. | NAME (Last name first) | Local No. | Total Payroll Hours | Gross Wages | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| | | | | | Union Dues | S A F |
| 416842440 | ROBINSON EARL | 98 | 188 | 4671·80 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| Health and Welfare @ 4.00 hr | $ 752·00 | |
| Pension Fund @ 1.70 hr | $ 319·60 | |
| Training Fund @ .30 hr | $ 56·40 | |
| Union Dues @ 2.5% of gross | $ 116·76 | |
| Central Pension Fund @ .30 hr | $ 56·40 | |
| Social Action Fund @ .10 hr | $ 18·80 | |
| Annuity Fund @ 2.35 hr | $ 441·80 | |
| Co-op Trust @ .25 hr | $ 47·00 | |
| Nat'l Training Fund @ | $ | |
| Nat'l LMCT @ | $ | |
| EC @ | $ | |
| Adjustments @ | $ | |
| Total Amount Due | $ 1489·55 | |

Total Number of Employees ____1____

Total Hours Reported ____188____

Total Gross Wages ____4671·80____

Report and payment is due by the 10th day of month, covering payroll periods in the previous month.

Interest of 1-1/2% per month may be added to all accounts not paid when due.

Make ONE check Payable to:
LOCAL 98 TRUST FUNDS

Date 3-15-05    Prepared by _____



# INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 98
## HEALTH & WELFARE, PENSION AND APPRENTICESHIP TRAINING FUNDS
TWO CENTER SQUARE — P.O. BOX 217    EAST LONGMEADOW, MASSACHUSETTS 01028-0217
Telephone (413) 525-4221

**No Carbon Paper Required**
Please return white copies to Trust Funds Office

Employer # 718    Fed. I.D. # 043230453    Report for month of June, 2005

Name Nita Incorporated    If more forms are needed, check here ☐

Address P.O. Box 370    If this is your final report, check here ☐

Zip Code E. Longmeadow, MA 01028    JOB LOCATION _____

Please list employees in alphabetical order. No carbon paper required!

| SOCIAL SECURITY NO. | NAME (Last name first) | Local No. | Total Payroll Hours | Gross Wages | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| | | | | | Union Dues | S A F |
| 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 | Robinson Earl | 98 | 168 ✓ | 4922⁴⁰ | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*rate changes*

| | | |
|---|---|---|
| Health and Welfare @ 4.25 hr ✓ | $ 714·00 ✓ | |
| Pension Fund @ 1.80 hr ✓ | $ 304·40 | 302.40 (-2) |
| Training Fund @ .30 hr ✓ | $ 50·40 | |
| Union Dues @ 2.5% of gross ✓ | $ 123·06 ✓ | |
| Central Pension Fund @ .30 hr ✓ | $ 50·40 | |
| Social Action Fund @ .10 hr ✓ | $ 16·80 | |
| Annuity Fund @ 2.35 hr ✓ | $ 394·80 ✓ | |
| Co-op Trust @ .25 hr ✓ | $ 42·00 ✓ | |
| 401 Training Fund @ | $ _____ | |
| 401 LMCT @ | $ _____ | |
| EC @ | $ _____ | |
| Adjustments @ | $ _____ | |
| Total Amount Due | $ 1,695·86 | |

Total Number of Employees    1

Total Hours Reported    168 ✓

Total Gross Wages    4922·40 ✓

Report and payment is due by the 10th day of month, covering payroll periods in the previous month.

Interest of 1-1/2% per month may be added to all accounts not paid when due.

Make ONE check Payable to:
LOCAL 98 TRUST FUNDS

Date 3-15-05    Prepared by _____

From: 413 525 7553    413 525 7553    Page: 5/10    Date: 3/21/2005 4:27:35 PM
03/15/2005 10:38 FAX 413 525 7553    IUOE LOCAL 98



# INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 98
## HEALTH & WELFARE, PENSION AND APPRENTICESHIP TRAINING FUNDS
TWO CENTER SQUARE — P.O. BOX 217    EAST LONGMEADOW, MASSACHUSETTS 01028-0217
Telephone (413) 525-8221

No Carbon Paper Required
Please return white copies to Fund Funds office

| Employer # 7 8 | Fed. I.D. # 043230453 | Report for month of **July, 2003** |
|---|---|---|

Name  N ts Incorporated

If more forms are needed, check here ☐

Address  P O. Box 370

If this is your final report, check here ☐

Zip Code  E. Longmeadow, MA  01028

JOB LOCATION _____

Please list employees in alphabetical order. No carbon paper required!

| SOCIAL SECURITY NO. | NAME (Last name first) | Local No. | Total Payroll Hours | Gross Wages | DEDUCTIONS Union Dues | SAF |
|---|---|---|---|---|---|---|
| 416842441 | Robinson Earl | 98 | 67 | 1947.14 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| ealth and Welfare @ 4.25 hr ✓ | $ **284·75** ✓ | |
| ension Fund @ 1.80 hr ✓ | $ **120·06** | |
| aining Fund @ .30 hr ✓ | $ **20·10** ✓ | |
| nion Dues @ 2.5% of gross ✓ | $ **48·67** ✓ | |
| ntral Pension Fund @ .30 hr ✓ | $ **20·10** ✓ | |
| cial Action Fund @ .1) hr ✓ | $ **6·70** ✓ | |
| nuity Fund @ 2.35 h: ✓ | $ **157·45** ✓ | |
| op Trust @ .25 hr ✓ | $ **16·75** ✓ | |
| t Training Fund @ | $ _____ | |
| fl LMCT @ | $ _____ | |
| EC @ | $ _____ | |
| ustments @ | $ _____ | |
| al Amount Due | $ **674·58** | |

Total Number of Employees  **1**

Total Hours Reported  ~~49 14~~ **67** ✓

Total Gross Wages  **$ 1,947.14** ✓

Report and payment is due by the 10th day of month, covering payroll periods in the previous month.

Interest of 1-1/2% per month may be added to all accounts not paid when due.

Make ONE check Payable to:
LOCAL 98 TRUST FUNDS

Date **3-15-05**    Prepared by _____

This fax was received on the Blitman & King LLP fax server.

From: 413 525 7553    413 525 7553    Page: 6/10    Date: 3/21/2005 4:27:35 PM
03/15/2005 10:39 FAX 413 525 7553    IUOE LOCAL 98    @005



## INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 98
### HEALTH & WELFARE, PENSION AND APPRENTICESHIP TRAINING FUNDS
TWO CENTER SQUARE — P.O. BOX 217    EAST LONGMEADOW, MASSACHUSETTS 01028-0217
Telephone (413) 525-4221

No Carbon Paper Required
Please return white copies to Trust Funds Office

Employer # 7181          Fed. I.D. # 043230453          Report for month of  August, 2003

Name  Nici Incorporated                                 If more forms are needed, check here ☐

Address  P.O. Box 370                                    If this is your final report, check here ☐

Zip Code  E Longmeadow, MA  01028                        JOB LOCATION _____

Please list employees in alphabetical order. No carbon paper required!

| SOCIAL SECURITY NO. | NAME (Last name first) | Local No. | Total Payroll Hours | Gross Wages | DEDUCTIONS Union Dues | S A F |
|---|---|---|---|---|---|---|
| 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 | ROBINSON EARL | 98 | 158 ✓ | 4008 62 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| ealth and Welfare @ 4.25 hr ✓ | $ 671·50 ✓ | |
| nsion Fund @ 1.80 hr ✓ | $ 284·40 ✓ | |
| aining Fund @ .30 hr ✓ | $ 47·40 ✓ | |
| nion Dues @ 2.5% of gross ✓ | $ 100·21 ✓ | |
| ntral Pension Fund @ .30 hr ✓ | $ 47·40 ✓ | |
| ooal Action Fund @ .10 hr ✓ | $ 15·80 ✓ | |
| nnuity Fund @ 2.35 hr ✓ | $ 371·30 ✓ | |
| oop Trust @ .25 hr ✓ | $ 39·50 ✓ | |
| d'l Training Fund @ | $ | |
| t'l LMCT @ | $ | |
| EC @ | $ | |
| justments @ | $ | |
| al Amount Due | $ 1,206·21 | |

Total Number of Employees  1 ✓

Total Hours Reported  158

Total Gross Wages  4,008.62 ✓

Report and payment is due by the 10th day of month, covering payroll periods in the previous month.

Interest of 1-1/2% per month may be added to all accounts not paid when due.

Make ONE check Payable to:
LOCAL 98 TRUST FUNDS

Date 3-15-05    Prepared by _____

This fax was received on the Blitman & King LLP fax server.



# INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL NO. 98
## HEALTH & WELFARE, PENSION AND APPRENTICESHIP TRAINING FUNDS
TWO CENTER SQUARE — P.O. BOX 217    EAST LONGMEADOW, MASSACHUSETTS 01028-0217
Telephone (413) 525-4221

No Carbon Paper Required
Please return white copies to Trust Funds Office

Employer # 7280          Fed. I.D. # 043230453          Report for month of Sept, 2003

Name  Nita Incorporated                 If more forms are needed, check here ☐

Address  P.O. Box 370                   If this is your final report, check here ☐

Zip Code  E. Longmeadow, MA  01028      JOB LOCATION _____

Please list employees in alphabetical order. No carbon paper required!

| SOCIAL SECURITY NO. | NAME (Last name first) | Local No. | Total Payroll Hours | Gross Wages | DEDUCTIONS | |
|---|---|---|---|---|---|---|
| | | | | | Union Dues | S A F |
| 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 | Robinson Earl | 98 | 22 | 571.76 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | | |
|---|---|---|---|
| ealth and Welfare @ 4.25 hr ✓ | $ 93.50 ✓ | | |
| ension Fund @ 1.80 hr ✓ | $ 39.60 ✓ | | |
| aining Fund @ .30 hr ✓ | $ 6.60 ✓ | | |
| ion Dues @ 2.5% of gross ✓ | $ 14.29 ✓ | | |
| ntral Pension Fund @ .30 hr ✓ | $ 6.60 ✓ | | |
| cial Action Fund @ .10 hr ✓ | $ 2.20 ✓ | | |
| nuity Fund @ 2.35 h. ✓ | $ 51.70 ✓ | | |
| op Trust @ .25 hr ✓ | $ 5.50 ✓ | | |
| l Training Fund @ | $_____ | | |
| l LMCT @ | $_____ | | |
| EC @ | $_____ | | |
| ustments @ | $_____ | | |
| al Amount Due | $ 219.99 | | |

Total Number of Employees  1
Total Hours Reported  22 ✓
Total Gross Wages  571.76

Report and payment is due by the 10th day of month, covering payroll period in the previous month.

Interest of 1-1/2% per month may be added to all accounts not paid when due.

Make ONE check Payable to:
LOCAL 98 TRUST FUNDS

Date 3-15-05    Prepared by _____

EXHIBIT "H"

I.U.O.E. LOCAL 98 FUNDS
**NITA INCORPORATED**
DELINQUENT FRINGE BENEFIT CONTRIBUTIONS & DEDUCTIONS

08/26/2005
IUOE 98 - Nita
tag

| MONTH | DATE DUE | DAYS LATE THROUGH 08/15/05 | HOURS | HEALTH & WELFARE 4.00 4.00 4.25 | PENSION 1.60 1.70 1.80 | ANNUITY 2.35 | TRAINING 0.30 | TOTAL | INTEREST 1.5%/MONTH | INTEREST AGAIN OR LIQUIDATED DAMAGES-20% | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| as of 1/03 | | | | | | | | | | | |
| as of 6/03 | | | | | | | | | | | |
| SEPTEMBER 2002 | 10/10/02 | 1040 | 329.0 | 1,316.00 | 526.40 | 773.15 | 98.70 | 2,714.25 | 1,392.08 | 1,392.08 | 5,498.41 |
| OCTOBER 2002 | 11/10/02 | 1009 | 387.5 | 1,550.00 | 620.00 | 910.63 | 116.25 | 3,196.88 | 1,590.73 | 1,590.73 | 6,378.34 |
| APRIL 2003 | 05/10/03 | 828 | 37.0 | 148.00 | 62.90 | 86.95 | 11.10 | 308.95 | 126.15 | 126.15 | 561.25 |
| MAY 2003 | 06/10/03 | 797 | 188.0 | 752.00 | 319.60 | 441.80 | 56.40 | 1,569.80 | 617.00 | 617.00 | 2,803.80 |
| JUNE 2003 | 07/10/03 | 767 | 168.0 | 714.00 | 302.40 | 394.80 | 50.40 | 1,461.60 | 552.85 | 552.85 | 2,567.30 |
| JULY 2003 | 08/10/03 | 736 | 67.0 | 284.75 | 120.60 | 157.45 | 20.10 | 582.90 | 211.57 | 211.57 | 1,006.04 |
| AUGUST 2003 | 09/10/03 | 705 | 158.0 | 671.50 | 284.40 | 371.30 | 47.40 | 1,374.60 | 477.91 | 477.91 | 2,330.42 |
| SEPTEMBER 2003 | 10/10/03 | 675 | 22.0 | 93.50 | 39.60 | 51.70 | 6.60 | 191.40 | 63.71 | 63.71 | 318.82 |
| TOTAL | | | | 5,529.75 | 2,275.90 | 3,187.78 | 406.95 | 11,400.38 | 5,032.00 | 5,032.00 | 21,464.38 |

| MONTH | DATE DUE | DAYS LATE THROUGH 08/15/05 | HOURS | CENTRAL PENSION 0.30 | INTEREST 9%/ANNUM | LIQUIDATED DAMAGES-15% | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| SEPTEMBER 2002 | 10/10/02 | 1040 | 329.0 | 98.70 | 25.31 | 14.81 | 138.82 |
| OCTOBER 2002 | 11/10/02 | 1009 | 387.5 | 116.25 | 28.92 | 17.44 | 162.61 |
| APRIL 2003 | 05/10/03 | 828 | 37.0 | 11.10 | 2.27 | 1.67 | 15.04 |
| MAY 2003 | 06/10/03 | 797 | 188.0 | 56.40 | 11.08 | 8.46 | 75.94 |
| JUNE 2003 | 07/10/03 | 767 | 168.0 | 50.40 | 9.53 | 7.56 | 67.49 |
| JULY 2003 | 08/10/03 | 736 | 67.0 | 20.10 | 3.65 | 3.02 | 26.77 |
| AUGUST 2003 | 09/10/03 | 705 | 158.0 | 47.40 | 8.24 | 7.11 | 62.75 |
| SEPTEMBER 2003 | 10/10/03 | 675 | 22.0 | 6.60 | 1.10 | 0.99 | 8.69 |
| TOTAL | | | | 406.95 | 90.10 | 61.06 | 558.11 |

| MONTH | DATE DUE | DAYS LATE THROUGH 08/15/05 | HOURS | CO-OP TRUST 0.25 | ERISA INTEREST | INTEREST AGAIN | BALANCE DUE |
|---|---|---|---|---|---|---|---|
| SEPTEMBER 2002 | 10/10/02 | 1040 | 329.0 | 82.25 | 14.06 | 14.06 | 110.37 |
| OCTOBER 2002 | 11/10/02 | 1009 | 387.5 | 96.88 | 16.07 | 16.07 | 129.02 |
| APRIL 2003 | 05/10/03 | 828 | 37.0 | 9.25 | 0.10 | 0.10 | 9.45 |
| MAY 2003 | 06/10/03 | 797 | 188.0 | 47.00 | 5.13 | 5.13 | 57.26 |
| JUNE 2003 | 07/10/03 | 767 | 168.0 | 42.00 | 4.41 | 4.41 | 50.82 |
| JULY 2003 | 08/10/03 | 736 | 67.0 | 16.75 | 1.69 | 1.69 | 20.13 |
| AUGUST 2003 | 09/10/03 | 705 | 158.0 | 39.50 | 3.81 | 3.81 | 47.12 |
| SEPTEMBER 2003 | 10/10/03 | 675 | 22.0 | 5.50 | 0.51 | 0.51 | 6.52 |
| TOTAL | | | | 339.13 | 45.78 | 45.78 | 430.69 |

| MONTH | DATE DUE | DAYS LATE THROUGH 08/15/05 | HOURS | GROSS WAGES | SOCIAL ACTION FUND 0.10 | DUES 2.5% | TOTAL DEDUCTIONS | INTEREST 9%/ANNUM | BALANCE DUE |
|---|---|---|---|---|---|---|---|---|---|
| SEPTEMBER 2002 | 10/10/02 | 1040 | 329.0 | 10,222.03 | 32.90 | 255.55 | 288.45 | 73.97 | 362.42 |
| OCTOBER 2002 | 11/10/02 | 1009 | 387.5 | 12,039.63 | 38.75 | 300.99 | 339.74 | 84.53 | 424.27 |
| APRIL 2003 | 05/10/03 | 828 | 37.0 | 969.13 | 3.70 | 24.23 | 27.93 | 5.70 | 33.63 |
| MAY 2003 | 06/10/03 | 797 | 188.0 | 4,671.80 | 18.80 | 116.80 | 135.60 | 26.65 | 162.25 |
| JUNE 2003 | 07/10/03 | 767 | 168.0 | 4,922.40 | 16.80 | 123.06 | 139.86 | 26.45 | 166.31 |
| JULY 2003 | 08/10/03 | 736 | 67.0 | 1,947.14 | 6.70 | 48.68 | 55.38 | 10.05 | 65.43 |
| AUGUST 2003 | 09/10/03 | 705 | 158.0 | 4,008.62 | 15.80 | 100.22 | 116.02 | 20.17 | 136.19 |
| SEPTEMBER 2003 | 10/10/03 | 675 | 22.0 | 571.76 | 2.20 | 14.29 | 16.49 | 2.74 | 19.23 |
| TOTAL | | | | 39,352.51 | 135.65 | 983.82 | 1,119.47 | 250.26 | 1,369.73 |

| TOTAL BALANCE DUE | | | | | | | 13,265.93 | 5,418.14 | 5,138.84 | 23,822.91 |

EXHIBIT "I"

**Blitman & King LLP**
**Narrative of Services**

**Client:  IUOE LOCAL 98 FRINGE BENEFIT FUNDS COLLECTIONS**
**Matter:  NITA, INC.**

| Date | Employee | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| **Fees** | | | | |
| 02/28/2003 | KAH | 0.25 | 38.25 | Drafted letter to debtor requesting remittance reports and payment |
| 03/24/2003 | KAH | 0.10 | 15.30 | Drafted status report for Board of Trustees |
| 04/02/2003 | KAH | 0.25 | 38.25 | Drafted letter to debtor requesting remittance reports and payment |
| 04/03/2003 | KAH | 0.30 | 45.90 | Conferred with Administrator Wondolowski regarding file; Drafted memorandum |
| 10/01/2003 | JAC | 0.10 | 18.10 | Communicated with Acting Administrator Lane regarding debt |
| 10/07/2003 | KED | 0.40 | 39.60 | Calculated interest and liquidated damages due on unpaid fringe benefit contributions and deductions for the months of September and October 2002; Reviewed collective bargaining agreement; Conferred regarding job classifications |
| 10/09/2003 | KAH | 0.60 | 91.80 | Communicated with Michelle at the Fund Office regarding wage rate; Conferred regarding calculation of dues deductions; Drafted letter to debtor requesting payment |
| 10/10/2003 | KAH | 0.20 | 30.60 | Communicated with Business Manager Cardimino regarding project information |
| 10/14/2003 | KAH | 0.30 | 45.90 | Conferred regarding project information; Drafted letter to Business Manager Cardimino |
| 10/15/2003 | JAC | 0.10 | 18.10 | Conferred regarding strategy for collecting debt |
| 10/21/2003 | KAH | 0.20 | 30.60 | Communicated with debtor regarding delinquency |
| 12/05/2003 | KAH | 0.40 | 61.20 | Communicated with Michelle at the Fund Office regarding delinquency; Drafted status report for Trustees |
| 04/06/2004 | KAH | 0.20 | 34.00 | Communicated with Local 98 regarding debtor |
| 10/01/2004 | JLR | 0.25 | 27.50 | Updated interest through October 15, 2004; Reviewed rates |

Report Run: 09/27/2005 3:31:46PM

ProVantage WIP 22

**Blitman & King LLP**
**Narrative of Services**

**Client:  IUOE LOCAL 98 FRINGE BENEFIT FUNDS COLLECTIONS**
**Matter:  NITA, INC.**

| Date | Employee | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 10/01/2004 | KAH | 3.50 | 595.00 | Drafted letter to Western Division Clerk's Office filing Summons and Complaint; Drafted letter to Hampden County Sheriff's Department enclosing Summons and Complaint for service; Drafted letters to Secretary of Labor and Secretary of Treasury enclosing Summons and Complaint, Certificate of Service, Category Sheet, Civil Cover Sheet, Summons and Complaint; Communicated with Hampden County Sheriff regarding service of process; Communicated with Administrator Lane regarding matter |
| 10/06/2004 | JLR | 0.40 | 44.00 | Worked on spreadsheets to reflect ERISA and Co-Op interest and Social Action Fund rate |
| 10/14/2004 | KAH | 0.20 | 34.00 | Drafted status report for Board of Trustees |
| 10/21/2004 | JAC | 0.20 | 40.00 | Worked on ERISA Complaint |
| 11/29/2004 | JAC | 0.50 | 100.00 | Researched the law regarding time limits for serving process upon debtor and procedure for debtor avoiding service of process |
| 12/20/2004 | JAC | 0.25 | 50.00 | Received and reviewed Affidavit of Service on debtor and drafted memorandum regarding deadline to answer; Drafted letter to Hampden County Sheriff regarding payment of invoice; Drafted letter to Federal Court filing original Summons and Affidavit of Service; Drafted memorandum regarding strategy |
| 12/30/2004 | JAC | 0.15 | 30.00 | Received and reviewed letter from auditor regarding debtor's refusal to allow audit and conferred regarding procedure for obtaining same; Communicated with Administrator Lane |
| 03/21/2005 | JRHD | 1.50 | 262.50 | Researched CM/ECF Attorney Registration for U.S.D.C. District of Massachusetts; Completed on-line registration forms; Drafted Request to Enter Default Judgment and Affidavit to Enter Default; Communicated with Court regarding CM/ECF requirements |
| 03/22/2005 | JRHD | 0.25 | 43.75 | Drafted letter to Court regarding on-line registration for CM/ECF; Submitted for execution |

Report Run: 09/27/2005 3:31:46PM

ProVantage WIP 22

**Blitman & King LLP**
## Narrative of Services

**Client: IUOE LOCAL 98 FRINGE BENEFIT FUNDS COLLECTIONS**
**Matter: NITA, INC.**

| Date | Employee | Hours | Amount | Description |
|------|----------|-------|--------|-------------|
| 03/25/2005 | JAC | 0.20 | 41.20 | Received and reviewed remittance reports from debtor for April 2003 through October 2003 and explanation of nonpayment; Communicated with Administrator Lane regarding debt and drafted memorandum |
| 08/22/2005 | JRHD | 0.30 | 52.50 | Reviewed United States District Court for Massachusetts Local Rules in order to respond to Court's request for Certificate according to Local Rule 41.1 |
| 08/29/2005 | JAC | 0.20 | 41.20 | Worked on Narrative of Legal Services for default Motion and drafted memorandum |
| 08/30/2005 | JRHD | 3.00 | 525.00 | Composed documents for Motion for Default Judgment including Notice of Motion, Affidavit in Support of Motion for Default Judgment with exhibits, Memorandum of Law in Support of Plaintiff's Motion for Default Judgment, Order Granting Default Judgment, and Certificate of Service |
| 08/30/2005 | JAC | 0.25 | 51.50 | Worked on Notice of Motion, Order and Attorney Affidavit on Motion for Judgment; Drafted memorandum regarding Rule 54 requirements and local rule issues |
| 08/31/2005 | JRHD | 0.50 | 87.50 | Drafted Certificate of Status in response to Court's Rule 41.1 Order requiring plaintiffs to update Court on progress of suit |
| 08/31/2005 | JRHD | 0.50 | 87.50 | Reviewed USDC Massachusetts e-file procedures and local rules for e-file requirements |
| 08/31/2005 | JAC | 0.20 | 41.20 | Worked on Affidavit pursuant to Rule 41 advising Court of status; Conferred regarding Rule 41 procedure and Motion for Default Judgment |
| 08/31/2005 | JAC | 0.50 | 103.00 | Worked on Attorney Affidavit, Memorandum of Law and Exhibits on Motion for Default Judgment |
| 09/01/2005 | JAC | 0.10 | 20.60 | Conferred regarding response to Judge's request under Rule 41 for status report |
| 09/27/2005 | JAC | 1.25 | 257.50 | Worked on Attorney Affidavit, Memorandum of Law, Order, Notice of Motion, narrative of legal services, and exhibits on default judgment motion |

| **Total Fees** | | **17.60** | **$3,043.05** | |

Report Run: 09/27/2005 3:31:46PM
ProVantage WIP 22

**Blitman & King LLP**
**Narrative of Services**

**Client:  IUOE LOCAL 98 FRINGE BENEFIT FUNDS COLLECTIONS**
**Matter:  NITA, INC.**

| Date | Employee | Hours | Amount | Description |
|---|---|---|---|---|
| 2.60 | Attorney hours @ $153.00 per hour = | | 397.80 | (2003) |
| .20 | Attorney hours @ $181.00 per hour = | | 36.20 | (2003) |
| .40 | Paralegal hours @ $99.00 per hour = | | 39.60 | (2003) |
| 3.90 | Attorney hours @ $170.00 per hour = | | 663.00 | (2004) |
| 1.10 | Attorney hours @ $200.00 per hour = | | 220.00 | (2004) |
| .65 | Paralegal hours @ $110.00 per hour = | | 71.50 | (2004) |
| 6.05 | Attorney hours @ $175.00 per hour = | | 1058.75 | (2005) |
| 2.70 | Attorney hours @ $206.00 per hour = | | 556.20 | (2005) |
| 32.60 | | Total Fees | 3,043.05 | |

**Costs**

| | |
|---|---|
| Copying | 74.80 |
| Filing Fees | 150.00 |
| Postage and Delivery | 14.18 |
| Service of Process | 0.00 |
| Service of Summons & Complaint | 40.70 |
| Computer Research | 0.24 |
| **Total Costs** | **$279.92** |

**Matter Totals**        27.85        **$3,322.97**