At a Motion Term of the United States District Court, District of Massachusetts, held at the United States Court House, Springfield, Massachusetts, on the ____ day of _____, 2005.

PRESENT: HONORABLE KENNETH P. NEIMAN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH AND WELFARE FUND AND JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND by William Sullivan and David Cardimino, as Trustees; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, by William Sullivan and David Cardimino, as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as Business Manager, | |
| Plaintiffs, | |
| v. | Civil Action No. 04-30212-KPN |
| NITA INC., | |
| Defendant. | |

**ORDER GRANTING DEFAULT JUDGMENT**

---

The plaintiffs having duly moved this Court for entry of judgment, pursuant to Rule 55(b)(2) and 54(b) of the Federal Rules of Civil Procedure, in favor of Plaintiffs and against the defendant, NITA Inc.,

And, the said motion having regularly come on to be heard.

**NOW**, upon reading and filing the Notice of Motion, dated the 28th day of September 2005, the Affidavit of Charles E. Blitman, Esq., sworn to the 28th day of September 2005, together with the Summons and Complaint, with proof of service thereof, the Entry of Default on the 30th day of March 2005, all in support of said motion, and upon all the proceedings heretofore had herein, and no one having appeared in opposition thereto, and it appearing that defendant, NITA Inc., has failed to plead or otherwise defend this action; and

**NOW**, on motion of Blitman & King, LLP, Charles E. Blitman, of counsel, and after due deliberation having been had thereon, it is

**ORDERED**, that the motion be and the same hereby is granted in all respects, and that judgment by default be entered in this action in favor of the plaintiffs and against the defendant, NITA Inc., for the relief demanded in the Complaint herein together with the costs and disbursements of this proceeding, and it is further

**ORDERED,** that this Court expressly determined pursuant to Rule 54(b) of the Federal Rules of Civil Procedure that there is no just reason for delay in entering final judgment against Defendant NITA Inc. because Plaintiffs might be prejudiced by a delay in recovering a monetary award against Defendant NITA Inc. since other creditors may obtain priority to Defendant NITA Inc.'s assets, thereby precluding collection of Plaintiffs' claims; and

**ORDERED,** that judgment be entered herein by the Clerk of the Court in favor of the plaintiffs and against the defendant, NITA Inc., for the sum of $27,145.88, plus interest thereon at the rate provided for by 28 U.S.C. Section 1961(a), and that plaintiffs have execution therefore, and it is further

**ORDERED**, that defendant, NITA Inc., be required to produce its books and records for the period January 2002 to date for plaintiffs' review and audit, to pay the cost and expense of such audit, to pay all attorneys' and paralegal fees and costs incurred in obtaining that audit, and it is further

**ORDERED**, that this Court retains jurisdiction to enter judgment in favor of the plaintiffs and against the defendant, NITA Inc., for any and all contributions and deductions that are determined to be due as a result of the audit, plus the applicable interest thereon, liquidated damages, costs and expenses of collection, audit fees and attorneys' and paralegal fees.

DATED: _____, 2005

ENTERED:                                   _____
                                           Honorable Kenneth P. Neiman
                                           United States Magistrate Judge

H:\coll\Legal\IUOE98-NITA-DefaultJudg-ORD.doc