UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS    WESTERN DIVISION
-------------------------------------------------------------------------

INTERNATIONAL UNION OF OPERATING ENGINEERS    )
LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH    )
AND WELFARE FUND AND JOINT TRAINING,    )
RETRAINING, SKILL IMPROVEMENT, SAFETY    )
EDUCATION, APPRENTICESHIP AND TRAINING FUND    )
by William Sullivan and David Cardimino, as Trustees;    )
INTERNATIONAL UNION OF OPERATING ENGINEERS    )
LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST,    )
by William Sullivan and David Cardimino, as Trustees; CENTRAL)
PENSION FUND OF THE INTERNATIONAL UNION OF    )
OPERATING ENGINEERS AND PARTICIPATING    )
EMPLOYERS, by Michael R. Fanning, as Chief Executive    )
Officer; and INTERNATIONAL UNION OF OPERATING    )
ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as    )
Business Manager,    )
                                                                                    )
                                        Plaintiffs,    )
                                                                                    )
    v.    )    Civil Action No.
    )    04-30212-KPN
    )
NITA, INC.,    )
    )
                                        Defendant.    )
-------------------------------------------------------------------------

## CERTIFICATE OF SERVICE

I, CHARLES E. BLITMAN, an attorney at law and a partner of the law firm of Blitman & King, LLP, attorneys for the plaintiffs in the above-entitled action, hereby certify that on the 28th day of September, 2005, I served a copy of Notice of Motion for Default Judgment, Affidavit of Charles E. Blitman, Memorandum of Law and proposed Order upon the defendant, by depositing a true copy of the

same in the United States mail, postpaid, and addressed to it at its last known address, to wit:

NITA, Inc.<br>
143 Shaker Road<br>
East Longmeadow, Massachusetts 01028-0370

Dated: September 28, 2005

                **BLITMAN & KING, LLP**

            By: _Charles E. Blitman_
                Charles E. Blitman, of Counsel
                Bar Roll No. 653148
                Attorneys for Plaintiffs
                Office and Post Office Address
                Franklin Center, Suite 300
                443 North Franklin Street
                Syracuse, New York 13204-5426
                Telephone: (315) 422-7111
                Facsimile: (315) 471-2623
                E-mail: ceb@bklawyers.com