UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS   WESTERN DIVISION
---

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH AND WELFARE FUND AND JOINT TRAINING, RETRAINING, SKILL IMPROVEMENT, SAFETY EDUCATION, APPRENTICESHIP AND TRAINING FUND by William Sullivan and David Cardimino, as Trustees; INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 98 AND EMPLOYERS COOPERATIVE TRUST, by William Sullivan and David Cardimino, as Trustees; CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, by Michael R. Fanning, as Chief Executive Officer; and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 98, AFL-CIO, by David Cardimino, as Business Manager, | |
| Plaintiffs, | |
| v. | Civil Action No. 04-30212-KPN |
| NITA, INC., | |
| Defendant. | |

---

**AMENDED CERTIFICATE OF SERVICE**

I, CHARLES E. BLITMAN, an attorney at law and a partner of the law firm of Blitman & King, LLP, attorneys for the plaintiffs in the above-entitled action, hereby certify that on the 29th day of September, 2005, I served a copy of Notice of Motion for Default Judgment, Affidavit of Charles E. Blitman, Memorandum of Law and proposed Order upon the defendant, by depositing a true copy of the

same in the United States mail, postpaid, and addressed to it at its last known address, to wit:

NITA, Inc.
143 Shaker Road
East Longmeadow, Massachusetts 01028-0370

Dated: September 29, 2005

          **BLITMAN & KING, LLP**

By: /s/ Charles E. Blitman
    Charles E. Blitman, of Counsel
    Bar Roll No. 653148
    Attorneys for Plaintiffs
    Office and Post Office Address
    Franklin Center, Suite 300
    443 North Franklin Street
    Syracuse, New York 13204-5426
    Telephone: (315) 422-7111
    Facsimile: (315) 471-2623
    E-mail: ceb@bklawyers.com