UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL UNION OF            )
OPERATING ENGINEERS, LOCAL 98     )
ANNUITY FUND, PENSION FUND,       )
HEALTH AND WELFARE FUND, et al.,  )
                    Plaintiffs    )
                                  )
        v.                        )          Civil Action No. 04-30212-MAP
                                  )
                                  )
NITA, INC.,                       )
                    Defendant     )

SCHEDULING ORDER
October 20, 2005

NEIMAN, U.S.M.J.

Plaintiffs' Rule 56(b)(2) motion for entry of default judgment and assessment of

damages (Document 10) has been referred to this court pursuant to 28 U.S.C. § 636.  A

hearing is scheduled for November 8, 2005 at 2:00 p.m.[1]  Based on the well-pleaded

allegations of the complaint, the court intends to recommend a finding of liability.

Nevertheless, Plaintiffs will be expected at the hearing to present evidence, including

testimony if necessary, establishing the damages sought.  *See Eisler v. Stritzler*, 535

F.2d 148, 153-54 (1st Cir. 1976).

IT IS SO ORDERED.

                    /s/ Kenneth P. Neiman
                    KENNETH P. NEIMAN
                    U.S. Magistrate Judge

---

[1] Although Plaintiffs purport to request a "sum certain" ($27,145.88), *see* Fed. R. Civ. P. 56(b)(1), they also seek equitable relief and, thus, appropriately rely on Rule 55(b)(2).  Accordingly, the court will proceed via a report and recommendation.  *See Conetta v. Nat'l Hair Care Centers, Inc.*, 236 F.3d 67, 72-75 (1st Cir. 2001).