UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
INTERNATIONAL UNION OF              )
OPERATING ENGINEERS, LOCAL 98       )
ANNUITY FUND, PENSION FUND,         )
HEALTH AND WELFARE FUND, ET AL,     )
        Plaintiffs                  )
                                    )
                v.                  )   C.A. NO. 04-30212-MAP
                                    )
NITA, INC.,                         )
        Defendant                   )
```

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT
(Docket Nos. 10 & 15)

January 4, 2006

PONSOR, D.J.

Plaintiffs have filed a complaint alleging failure to abide by the terms of a collective bargaining agreement. Plaintiffs allege that Defendant failed to make contributions to a multi-employer pension plan in violation of § 515 of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1145. Defendant was properly served but failed to file any appearance or respond to the complaint.

This case was referred to Magistrate Judge Kenneth P. Neiman following entry of default regarding liability, for hearing with regard to damages and other remedies sought by Plaintiffs. On November 29, 2005, Magistrate Judge Neiman

issued his Report and Recommendation to the effect that the Motion for Default Judgment be allowed. No objection to this Report and Recommendation has been filed by Defendant in accordance with Rule 3(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts.

Upon *de novo* review, the Report and Recommendation of Magistrate Judge Kenneth P. Neiman is hereby ADOPTED. The clerk is ordered to enter judgment in favor of Plaintiffs in the amount of $28,912.72. In addition, the court orders entry of the requested equitable order as set forth at p. 6 of the Report and Recommendation, to wit:

> 1. that Defendant be required to produce its books and records for the period January 2002 to the date of judgment for Plaintiffs' review and audit, to pay the cost and expense of such audit, to pay all attorneys' and paralegal fees and costs incurred in obtaining that audit; and
>
> 2. that Defendant be liable for any and all contributions and deductions that are determined to be due as a result of the audit, plus the applicable interest thereon, liquidated damages, costs and expenses of collection, audit fees and attorneys' and paralegal fees.

Based upon this Order of Judgment, the case may now be closed. The court will, however, retain jurisdiction for twelve months from this date to enforce the terms of its equitable order, if necessary.

It is So Ordered.

```
                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge
```