UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 98 ANNUITY FUND,
PENSION FUND, HEALTH AND WELFARE
FUND, ET AL,
        Plaintiff(s)

        v.                      CIVIL ACTION: 04-30212-MAP

INTA, INC.,
        Defendant(s)

DEFAULT **JUDGMENT IN A CIVIL CASE**

PONSOR, D..J.;

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT entered for the Plaintiffs' pursuant to the Memorandum and Order of the Court entered this date adopting the Magistrate Judge's Report and Recommendation and granting the Plaintiffs' motion for entry of default judgment in the amount of $28,912.72.

                                        SARAH A. THORNTON,
                                        CLERK OF COURT

Dated: January 4, 2006             By  /s/ Mary Finn
                                                Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                                                                          [jgm.]