UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH AND WELFARE FUND, ET AL., <br>                    Plaintiffs <br><br>v. <br><br>NITA, INC., <br>                    Defendants | C.A. NO. 04-30212-MAP |

## NOTICE OF APPEARANCE

Please enter the Appearance of Gary M. Weiner, Esq. of Weiner Law Firm, P.C. as attorney for the Plaintiff, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH AND WELFARE FUND, ET AL., in the above referenced civil action.

                                        The Plaintiff, INTERNATIONAL UNION OF
                                        OPERATING ENGINEERS, LOCAL 98
                                        ANNUITY FUND, PENSION FUND, HEALTH
                                        AND WELFARE FUND, ET AL.
                                        By its Counsel

Dated:  December 6, 2006           _/s/ Gary M. Weiner_____
                                        Gary M. Weiner, Esq. BBO #: 548341
                                        Timothy M. Netkovick, Esq. BBO #: 654353
                                        WEINER LAW FIRM, P.C.
                                        95 State Street, Suite 918
                                        Springfield, MA 01103
                                        Tel. No. (413) 732-6840
                                        Fax. No. (413) 785-5666

## **CERTIFICATE OF SERVICE**

      I, Gary M. Weiner, Esq., do hereby certify that a true and correct copy of the above and foregoing Notice of Appearance have been served by placing same in the United States Mail, first class, postage prepaid, to:

Nita, Inc.
143 Shaker Road
East Longmeadow, MA 01028

Dated:  December 6, 2006                   __/s/ Gary M. Weiner_____
                                                           Gary M. Weiner, Esq.