

Weiner Law Firm, P.C.
95 State Street, Suite 918
Springfield, MA 01103

SPRINGFIELD MA 011
09 AUG 2006 PM

Bernard Nguyen, President
Nita, Inc.
143 Shaker Road
East Longmeadow, MA 01028

EXHIBIT B