

# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**NITA, INC. Summary Screen**

Help with this form

Request a Certificate

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | NITA, INC. |
| Entity Type: | Domestic Profit Corporation |
| Identification Number: | 043230453 |
| Old Federal Employer Identification Number (Old FEIN): | 000491032 |
| Date of Organization in Massachusetts: | 02/08/1995 |
| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 00 / 00 |

The location of its principal office in Massachusetts:
No. and Street: 143 SHAKER ROAD, P.O. BOX 370
City or Town: EAST LONGMEADOW    State: MA   Zip: 01028   Country: USA

If the business entity is organized wholly to do business outside Massachusetts, the location of that office:
No. and Street:
City or Town:    State:    Zip:    Country:

Name and address of the Registered Agent:
Name:
No. and Street:
City or Town:    State:    Zip:    Country:

The officers and all of the directors of the corporation:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | ERVIN MOULTRIE | 143 SHAKER RD., EAST LONGMEADOW, MA 01028 USA<br>143 SHAKER RD., EAST LONGMEADOW, MA 01028 USA | |
| TREASURER | ERVIN MOULTRIE | 143 SHAKER RD., EAST LONGMEADOW, MA 01028 USA<br>143 SHAKER RD., EAST LONGMEADOW, MA 01028 USA | |

EXHIBIT C

http://corp.sec.state.ma.us/corp/corpsearch/CorpSearchSummary.asp?ReadFromDB=

# WEINER LAW FIRM, P.C.

ATTORNEYS AT LAW

| | | |
|---|---|---|
| GARY M. WEINER<br>KARA S. RESCIA*<br>TIMOTHY M. NETKOVICK<br><br>———————————<br>* also admitted in Connecticut | 95 STATE STREET, SUITE 918<br>SPRINGFIELD, MASSACHUSETTS 01103<br>TEL: (413) 732-6840<br>FAX: (413) 785-5666 | EMAIL:<br>Info@WeinerLegal.com<br>Website:<br>www.WeinerLegal.com |

Writer's Email: Tnetkovick@Weinerlegal.com

August 9, 2006

Bernard Moultrie, President
Nita, Inc.
143 Shaker Road
East Longmeadow, MA 01028

   Re:   International Union of Operating Engineers Locarl 98, et al v. Nita, Inc.
         United States District Court, District of Massachusetts,
         Civil Action No. 04-30212 KPN

Dear Mr Moultrie:

   This office represents the International Union of Operating Engineers Local 98 Annuity Fund, Pension Fund, Health and Welfare Fund and Joint Training, Retraining, Skill Improvement, Safety Education, Apprenticeship and Training Fund, et al. relative to the above matter.

   As you are aware, on January 4, 2006, Judge Ponsor of the United States District Court entered a Default Judgment against Nita, Inc. in favor of our client, in the amount of $28,912.72. In addition, Judge Ponsor ordered that Nita, Inc. be required to produce its books and records for the period of January 2002 to the date of judgment for the Plaintiff's review and audit, to pay the cost and expense of such audit, to pay all attorneys' and paralegal fees and costs incurred in obtaining that audit and that Nita, Inc. be liable for any and all contributions and deductions that are determined to be due as a result of the audit, plus the applicable interest thereon, liquidated damages, costs and expenses of collection, audit fees and attorneys' and paralegal fees. A copy of Judge Ponsor's Memorandum and

EXHIBIT A

Order Regarding Report and Recommendation with regard to Plaintiff's Motion for Entry of Default Judgment is attached hereto for your convenience.

Accordingly, please contact our office prior to August 23, 2006 in order to arrange a mutually convenient time for the audit to be performed and to discuss payment arrangements. If we do not hear from your by August 23, 2006, we will have no choice but to review our client's rights pursuant to Judge Ponsor's Memorandum and Order Regarding Report and Recommendation with Regard to Plaintiffs' Motion for Entry of Default Judgment.

We look forward to hearing from you.

Very truly yours,

Timothy M. Netkovick

Encl.