
Case 3:04-cv-30212-MAP   Document 20-7   Filed 12/08/2006   Page 1 of 3

The Commonwealth of Massachusetts William Francis Galvin - Public Base and Search   Page 1 of 2
Case 3:04-cv-30212-MAP   Document 20   Filed 12/08/2006   Page 11 of 16



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**NITA, INC. Summary Screen**

Help with this form

Request a Certificate

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | NITA, INC. |
| Entity Type: | Domestic Profit Corporation |
| Identification Number: | 043230453 |
| Old Federal Employer Identification Number (Old FEIN): | 000491032 |
| Date of Organization in Massachusetts: | 02/08/1995 |
| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 00 / 00 |

The location of its principal office in Massachusetts:
No. and Street: 143 SHAKER ROAD, P.O. BOX 370
City or Town: EAST LONGMEADOW   State: MA   Zip: 01028   Country: USA

If the business entity is organized wholly to do business outside Massachusetts, the location of that office:
No. and Street:
City or Town:   State:   Zip:   Country:

Name and address of the Registered Agent:
Name:
No. and Street:
City or Town:   State:   Zip:   Country:

The officers and all of the directors of the corporation:

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | ERVIN MOULTRIE | 143 SHAKER RD., EAST LONGMEADOW, MA 01028 USA<br>143 SHAKER RD., EAST LONGMEADOW, MA 01028 USA | |
| TREASURER | ERVIN MOULTRIE | 143 SHAKER RD., EAST LONGMEADOW, MA 01028 USA<br>143 SHAKER RD., EAST LONGMEADOW, MA 01028 USA | |

http://corp.sec.state.ma.us/corp/corpsearch/CorpSearchSummary.asp?ReadFromDB=

**EXHIBIT C**

Case 3:04-cv-30212-MAP   Document 20-7   Filed 12/08/2006   Page 2 of 3

The Commonwealth of Massachusetts William Francis Galvin - Public Use and Search   Page 2 of 2
Case 3:04-cv-30212-MAP   Document 20   Filed 12/08/2006   Page 12 of 16

| SECRETARY | ERVIN MOULTRIE | 143 SHAKER RD., EAST LONGMEADOW, MA 01028 USA<br>143 SHAKER RD., EAST LONGMEADOW, MA 01028 USA | |

business entity stock is publicly traded: __

The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:

| Class of Stock | Par Value Per Share Enter 0 if no Par | Total Authorized by Articles of Organization or Amendments<br>*Num of Shares   Total Par Value* | Total Issued and Outstanding<br>*Num of Shares* |
|---|---|---|---|

No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm.

__ Consent      __ Manufacturer      __ Confidential Data      __ Does Not Require Annual Report
__ Partnership  __ Resident Agent    __ For Profit             __ Merger Allowed

Select a type of filing from below to view this business entity filings:
ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2006 Commonwealth of Massachusetts
All Rights Reserved

[?] Help

```
10365 10/14/2005 2:44 PM
1072
D F
```

Filing Fee: $125.00
Late Fee: $25.00

**The Commonwealth of Massachusetts**
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

050099038

**Annual Report for Domestic and Foreign Corporations**
(General Laws Chapter 156D Section 16.22; 950 CMR 133.56)

0432230453

(1) The exact name of the corporation is: **NITA, Inc.**
(2) The corporation is organized under the laws of: **Massachusetts**
(3) The street address of the corporation's registered office in the commonwealth is:
**143 Shaker Rd    East Longmeadow, MA    01028-370**
(number, street, city or town, state, zip code)
(4) The name of the registered agent at the registered office is:
(5) The street address of the corporation's principal office is:
**143 Shaker Rd    East Longmeadow, MA    01028-370**
(number, street, city or town, state, zip code)
(6) Provide the name and business address of the corporation's board of directors and its president, treasurer and secretary, and if different, its chief executive officer and chief financial officer.

| | NAME | ADDRESS |
|---|---|---|
| President | See Statement 1 | |
| Treasurer: | Ervin Moultrie | 143 Shaker E. Longmeadow |
| Secretary: | ERVIN MOULTRIE | |
| Chief Executive Officer: | | |
| Chief Financial Officer: | | |
| Directors: | Ervin Moultrie | 143 Shaker E. Longmeadow |

(7) Briefly describe the business of the corporation: **CONSTRUCTION**

(8-9) The capital stock of each class and series

| CLASS OF STOCK | TOTAL AUTHORIZED BY ARTICLES OF ORGANIZATION OR AMENDMENTS Number of Shares | TOTAL ISSUED AND OUTSTANDING Number of Shares |
|---|---|---|
| COMMON: | 1,000 | 100 |
| PREFERRED | | |

(10) Check if the stock of the corporation is publicly traded. ☐
(11) Date of the fiscal year end is: **12/31/2004**
(month, day, year)

Signed by _____
(signature of authorized individual)

(Please check appropriate box)
☐ Chairman of the Board of Directors    ☒ Incorporator    ☐ Other Officer    ☐ Court Appointed Fiduciary

on this _____ day of _____ of _____

156d1023 9/23/04