cdEx | Track

http://www.fedex.com/T1...ng/Detail?ftc_start_url=&totalPieceN...

## Track Shipments
## Detailed Results

(?) Quick Help

| | | | |
|---|---|---|---|
| Tracking number | 852473904896 | Destination | EAST LONGMEADOW, MA |
| Signed for by | C.DONAGHUE | | |
| Ship date | Aug 24, 2006 | Service type | Priority Overnight |
| Delivery date | Aug 25, 2006 9:40 AM | | |
| Status | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 25, 2006 | 9:40 AM | Delivered | EAST LONGMEADOW, MA | Delivered to address other than recipient |

[ Signature proof ]   [ Track more shipments ]

**E-mail your detailed tracking results (optional)**

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click **Submit**. If you include a message, you must enter your name and e-mail address in the fields provided.

**Add personal message:**

| Your Name: | |
| Your E-mail Address: | |
| To E-mail Address(es): | |

Not available for non-English characters

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[ Submit ]


EXHIBIT
E