UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 98 ANNUITY FUND, PENSION FUND, HEALTH AND WELFARE FUND, ET AL., <br>                    Plaintiffs <br><br> v. <br><br> NITA, INC., <br>                    Defendants | C.A. NO. 04-30212-MAP |

## CERTIFICATE OF SERVICE

    I, Timothy M. Netkovick, Esq., do hereby certify that a true and correct copy of the above and foregoing Motion for Contempt Against the Defendant, Nita, Inc., has been served by placing same in the United States Mail, first class, postage prepaid, on this 8th day of December, 2006 to:

Nita, Inc.
143 Shaker Road
East Longmeadow, MA 01028

Dated:  December 8, 2006                    __/s/ Gary M. Weiner_____
                                                             Gary M. Weiner, Esq.