Case 3:04-cv-30212-MAP    Document 22    Filed 12/11/2006    Page 6 of 12

Weiner Law Firm, P.C.
95 State Street, Suite 918
Springfield, MA 01103

Bernard Nguyen, President
Nita, Inc.
143 Shaker Road
East Longmeadow, MA 01028

SPRINGFIELD MA 011
09 AUG 2005 PM

EXHIBIT
B