FedEx | Track

Case 3:04-cv-30212-MAP   Document 22   Filed 12/11/2006   Page 12 of 12

http://www.fedex.com/Tracking/Detail?ftc_start_url=&totalPieceN...

**Track Shipments**
**Detailed Results**

(?) **Quick Help**

| | | | |
|---|---|---|---|
| **Tracking number** | 852473904896 | **Destination** | EAST LONGMEADOW, MA |
| **Signed for by** | C.DONAGHUE | | |
| **Ship date** | Aug 24, 2006 | **Service type** | Priority Overnight |
| **Delivery date** | Aug 25, 2006 9:40 AM | | |
| **Status** | Delivered | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Aug 25, 2006 | 9:40 AM | Delivered | EAST LONGMEADOW, MA | Delivered to address other than recipient |

[ Signature proof ]   [ Track more shipments ]

**E-mail your detailed tracking results (optional)**

Enter your name and e-mail address, submit up to three e-mail addresses, add your message (optional), and click Submit. If you include a message, you must enter your name and e-mail address in the fields provided.

**Add personal message:**

Your Name:

Your E-mail Address:

To E-mail Address(es):

Not available for non-English characters

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions

[ Submit ]



EXHIBIT E

1 of 1