UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
INTERNATIONAL UNION OF           )
OPERATING ENGINEERS LOCAL 98     )
ANNUITY FUND, PENSION FUND,      )
HEALTH AND WELFARE FUND AND      )
JOINT TRAINING, RETRAINING,      )
SKILL IMPROVEMENT, SAFETY        )
EDUCATION, APPRENTICESHIP AND    )
TRAINING FUND, ET AL,            )
         Plaintiffs,             )
                                 )
         v.                      )  C.A. NO. 04-30212-MAP
                                 )
NITA, INC.,                      )
         Defendant               )
```

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION WITH REGARD TO
PLAINTIFFS' AMENDED MOTION FOR CONTEMPT
(Docket Nos. 22 & 23)

February 2, 2007

PONSOR, D.J.

On January 4, 2006, this court adopted the Report and Recommendation issued by Chief Magistrate Judge Kenneth P. Neiman and entered default judgment against Defendant in the amount of $28,912.72.  At the same time, the court required Defendant to produce certain books and records, to pay the costs of an audit, and to pay all attorney's fees, paralegal fees, and other costs incurred in obtaining the audit.  The court also found Defendant to be liable for any contributions and deductions determined to be due as a result of the audit, with additional liquidated damages,

costs and expenses of collection, and fees.

In response to the court's order, Defendant has, despite being notified, entirely failed to respond. Plaintiff's Amended Motion for Contempt (Dkt. No. 22) was filed on December 11, 2006 and was referred to Chief Magistrate Judge Kenneth P. Neiman for report and recommendation. On January 5, 2007, Magistrate Judge Neiman issued his Report and Recommendation, to the effect that the amended motion be allowed and that Defendant be ordered to comply with the previous orders of this court and further ordered to pay Plaintiffs' additional costs and attorney's fees associated with the motion. Defendant has filed no objection to the Report and Recommendation. Indeed, Defendant has continued to ignore the progress of this litigation entirely.

Upon <u>de novo</u> review, the court hereby ADOPTS the Report and Recommendation of Magistrate Judge Kenneth P. Neiman and ALLOWS Plaintiffs' Amended Motion for Contempt (Dkt. No. 22). Defendant is ordered to comply with the previous orders of this court, and is ordered to pay Plaintiffs' additional costs and attorney's fees associated with this Amended Motion for Contempt.

It is So Ordered.

                                            /s/ Michael A. Ponsor
                                            MICHAEL A. PONSOR

                          U. S. District Judge